F. Thomas Edwards, Esq.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
Adam J. Pernsteiner, Esq.
Nevada Bar No. 7862
E-mail: apernsteiner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

Christopher D. Beatty, Esq.
California Bar No. 266466
E-mail: chris.beatty@katten.com
Nathaniel Ament-Stone, Esq.
California Bar No. 334000
E-mail: Nathaniel.ament-stone@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310/788-4400
(Admitted *Pro Hac Vice*)

*Attorneys for TerraCotta Credit REIT LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S VALLEY VIEW TWAIN, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>TERRACOTTA CREDIT REIT, LLC, a Delaware limited-liability company.<br><br>Defendant. | Case No. 2:23-cv-01275-RFB-DJA<br><br>Stipulation And Order To Dismiss Without Prejudice |

IT IS HEREBY STIPULATED by Plaintiff S Valley View Twain ("Plaintiff"), by and through its attorney of record, Lee I. Iglody, Esq., and Defendant TerraCotta Credit REIT, LLC ("Defendant"), by and through its attorneys of record, F. Thomas Edwards, Esq., and Adam J. Pernsteiner, Esq. of the law firm Holley Driggs, and Christopher D. Beatty, Esq., and Nathaniel Ament-Stone, Esq. of the law firm Katten Muchin Rosenman LLP, that the above-entitled matter

- 1 -

15666-01/3176861

be dismissed without prejudice, each party to bear their own fees and costs. This dismissal shall have no effect on any claims, counterclaims, crossclaims, or defenses that may be brought or asserted in a court of competent jurisdiction.

**IT IS SO STIPULATED:**

Dated this <u>1st</u> day of ~~June~~ July, 2024.

**HOLLEY DRIGGS**

/s/ F. Thomas Edwards
Thomas Edwards, Esq. (NV Bar No. 9549)
Adam J. Pernsteiner, Esq.(NV Bar No. 7862)
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101

And

**KATTEN MUCHIN ROSENMAN LLP**
Christopher D. Beatty, Esq.
California Bar No. 266466
E-mail: chris.beatty@katten.com
Nathaniel Ament-Stone, Esq.
California Bar No. 334000
E-mail: Nathaniel.ament-stone@katten.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310/788-4400
(Admitted *Pro Hac Vice*)

*Attorneys for TerraCotta Credit REIT LLC*

Dated this 20 day of June, 2024.

Lee I. Iglody, Esq. (NV Bar No. 7757)
2580 St. Rose Pkwy. Suite 330
Henderson, NV 89074
Tel: (702) 425-5366
Email: Lee@Iglody.com

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: July 8, 2024

15666-01/3176861